FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-CR-02030-MKD-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| AIDEN ZAHAY PHILLIPS, | **MOTIONS GRANTED** |
| Defendant. | **(ECF Nos. 15 and 16)** |

Before the Court is Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 15**. Defendant recites in his motion that U.S. Probation and the United States does not oppose Defendant's motion.

Specifically, Defendant is requesting modification of Special Condition No. 13 so he may attend and participate in ceremonial fishing events.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion to Expedite Ruling, **ECF No. 16,** is **GRANTED**, and Defendant's Unopposed Motion to Modify Release Conditions, **ECF No. 15,** is **GRANTED**.

Special Condition No. 13 is modified as follows:  Defendant may not be in the presence of minors, unless a responsible adult who is aware of these charges is present at all times.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 4, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE