FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AIDEN ZAHAY PHILLIPS,<br><br>    Defendant. | No. 1:22-CR-02030-MKD<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE; AND STRIKING SPECIAL CONDITION NO. 15<br><br>**ECF Nos. 22. 23** |

  Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 22) and related Motion to Expedite (ECF No. 23). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. ECF No. 22 at 3. Specifically, Defendant requests that the Court remove Special Condition No. 15, which prohibits use of electronic media with internet access and requires password protection of devices. In support of this modification, Defendant notes that according to the discovery provided to date,

ORDER - 1

none of the allegations against Defendant involve the use of electronic devices with internet access.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 22**) and Motion to Expedite (**ECF No. 23**) are **GRANTED**.

2. Special Condition No. 15 (**ECF No. 9**) is **STRICKEN**.

3. All other conditions of release shall remain in effect.

DATED April 7, 2022.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2