FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AIDEN ZAHAY PHILLIPS,<br><br>Defendant. | No. 1:22-CR-2030-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ECF No. 39 |

**BEFORE THE COURT** is Defendant's Unopposed Motion to Modify Release Conditions. ECF No. 39. Defendant was represented by Assistant Federal Defender Paul Shelton. Assistant United States Attorney Todd Swensen represents the United States.

Defendant requests Special Condition No. 12[1] be modified to reduce the home detention condition to a curfew. ECF No. 39. Defense counsel indicates the

---

[1] Special Condition No. 12 requires that Defendant be restricted to his residence at all times except for attorney visits, court appearances, case-related matters, court-ordered obligations, or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment. ECF No. 9.

ORDER - 1

United States Attorney, the supervising U.S. Probation Officer from the Eastern District of Washington, and the supervising U.S. Probation Officer from the Western District of Washington (where Defendant currently resides) have no objection to Defendant's request in this regard.  ECF No. 39 at 3.

The Court, finding good cause, **HEREBY ORDERS** as follows:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 39**, is **GRANTED**.

2. Defendant's home detention condition of release (ECF No. 9, Special Condition No. 12) is **STRICKEN**.

3. Defendant shall abide by the following additional condition of supervised release:  **Curfew**: Defendant shall be restricted to his residence during specific hours as directed by the Pretrial Services Office so as not to conflict with Defendant's employment schedule.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED August 9, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2