PS 8 (3/15)   Case 1:22-cr-02030-MKD   ECF No. 72   filed 11/07/23   PageID.278   Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Aiden Zahay Phillips | Docket No. | 0980 1:22CR02030-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Aiden Zahay Phillips, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 23rd day of March 2022, under the following conditions:

**Standard Condition No. 1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 25, 2022, the conditions of pretrial release supervision were reviewed and signed by Mr. Phillips in the Western District of Washington, acknowledging and understanding of his conditions.

Violation #1: Mr. Phillips is alleged to be in violation of his pretrial release conditions by being charged with unlawful imprisonment- domestic violence (Class C felony), Skamania County Sheriff's Office incident number 23-06385, dated September 6, 2023, in Skamania County, Washington.

Violation #2: Mr. Phillips is alleged to be in violation of his pretrial release conditions by being charged with assault in the fourth degree -domestic violence (gross misdemeanor), Skamania County Sheriff's Office incident number 23-06385, dated September 6, 2023.

Violation #3: Mr. Phillips is alleged to be in violation of his pretrial release conditions by being charged with telephone harassment -domestic violence (gross misdemeanor), Skamania County Sheriff's Office incident number 23-06385, on or after September 6, 2023.

Violation #4: Mr. Phillips is alleged to be in violation of his pretrial release conditions by being charged with cyber harassment - domestic violence (gross misdemeanor), Skamania County Sheriff's Office incident number 23-06385, on or after September 6, 2023.

On October 31, 2023, this officer was contacted (via email) by the Chief Deputy Prosecuting Attorney for Skamania County, Washington, advising she was filing the above-listed charges against Mr. Phillips. This officer reviewed the police reports, the supplemental reports as written by the victim, and the petition for protection order (granted) dated September 11, 2023.

The below is combined for clarity and brevity:

According to the police report dated September 6, 2023, Skamania County 911 received a call from a victim's advocate with the Skamania County Council on Domestic Violence and Sexual Assault, advising Mr. Phillips physically assaulted his ex-girlfriend. Per the advocate, the victim arrived at the Skamania County Council on Domestic Violence and Sexual Assault reporting she was physically assaulted. The victim advised she and Mr. Phillips resided together in the same residence since July 2022, and were in a dating relationship previously. Per the victim, she advised she ended the relationship in February 2023; however, after terminating the dating relationship, they continued to reside together. Per the victim, on September 6, 2023, she was awakened by Mr. Phillips physically touching her body. The victim stated was laying in her bed when Mr. Phillips began physically touching her. On this occasion, the victim and Mr. Phillips were sleeping together in the same bed.

Per the report, the victim asked Mr. Phillips to stop physically touching her, but Mr. Phillips did not comply to her verbal request. The victim was unable to verbally describe the type of physical touch Mr. Phillips was using. Per the report, to end the physical touching, the victim exited the bed and walked into the upstairs bathroom. Allegedly, Mr. Phillips followed the victim into the bathroom and a verbal argument occurred. During the verbal argument, Mr. Phillips placed both his hands on the victim's shoulders, pushing in a downward motion. Mr. Phillips' physical pushing resulted in the victim's body lowering toward the ground, forcing her to sit on the edge of the bathtub. While sitting on the edge of the bathtub, the victim starred straight down at the floor while Mr. Phillips continued to verbally argue with her. According to the report, Mr. Phillips became upset because the victim was not looking him in the eyes. Mr. Phillips physically slapped the right side of victim's face. The victim was unable to verbally describe Mr. Phillips' hand position during the slap. The victim continued to stare at the floor, resulting in Mr. Phillips taking his right hand and placing it under the victim's chin, around her neck. With Mr. Phillips' hand in this described position, he lifted the victim's head upward. During the lifting motion, the victim could feel Mr. Phillips' hand around her neck. The victim never lost consciousness, and her ability to physically breathe was never impaired. After her head was lifted, she was able to exit the bathroom, walking down the stairs, and leaving the residence.

Once outside, the victim contacted her neighbor requesting help. The neighbor transported the victim to the Skamania County Council on Domestic Violence and Sexual Assault, where the Skamania County Sheriff's Office was contacted. During the verbal argument and physical contact with Mr. Phillips, the victim did not report any type of physical injury. However, the victim advised she was fearful of Mr. Phillips' physical actions toward her and believed he was attempting to physically harm her. Per the police report, after officers concluded their interview with the victim, they escorted the victim back to her residence allowing her to collect her personal property to reside with family members.

Per the supplemental victim's report dated September 6, 2023, the victim states: "I had woken up to Mr. Phillips holding me. I made several gestures that I did not want to. I told him to stop and leave me alone. He then stated 'why don't you care about me'? We then started arguing as we were laying in the bed. I had gotten up to change and take my dog outside after he finally let me get up. I went to the restroom and the door was open across from the bedroom we were in before. As I finished using the restroom and started washing my hands, I realized he was standing in the doorway of the bedroom watching me. I was about to change when he started arguing with me. I tried to reason so I could take my dog out. He kept getting upset that I wasn't looking at him while he was talking. I then tried to leave the bathroom and that's when he slapped me and proceeded to restrain me from leaving the restroom. He grabbed me by my shoulder and the bottom of my neck and by doing that he then guided me to sit down on the edge of the bathtub aggressively. He then started telling me what he was talking about before as I sat on the edge of the bathtub. He claimed I wasn't looking at him enough while he was talking and grabbed me by the neck forcing me to look at him. I listened to him and did my best to look at him and not make him angry anymore."

According to the police report, the victim further stated the incident ended in him being upset and telling her to "fucking leave then." The victim reports she headed down the stairs "speed walking." She further stated she "made it out the door with no shoes and knocked on my neighbor's door." The report states the neighbor then assisted the victim and they called 911. The victim notes Mr. Phillips was calling her cellular telephone repeatedly.

On October 31, 2023, the officer received an email from the Chief Deputy Prosecuting Attorney for Skamania County, Washington, advising she was charging Mr. Phillips with cyber harassment and telephone harassment based on the information noted in the petition for protection order dated September 11, 2023, as written by the victim. According to petition for protection order, the victim wrote: "He would blow up my phone if I didn't answer or if I was doing something on my day off (from work). After I went to the DV (Domestic Violence) Skamania building where the cops were called and I made a report, he called me about 80 times and texted me 12 times."

On November 7, 2023, this officer received (via email) from the Chief Deputy Prosecuting Attorney for Skamania County, the Information, Motion and Affidavit for Order Finding Probable Cause and to Direct Issuance of a Summons, including court documents reflecting an initial appearance set for November 16, 2023.

PS-8

Re: Phillips, Aiden Zahay
November 7, 2023
Page 3

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    November 7, 2023

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

11/7/2023

Date